IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 13-00006-2 WHA |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE GOVERNMENT'S *EX PARTE* UNDER SEAL SUBMISSION** |
| ERIC MENDONCA, | |
| Defendant. | |

The government has made a submission to the Court under seal and *ex parte*. The government is ordered to provide a summary to defense counsel of the information provided that does not compromise the need for secrecy. This should be done prior to the hearing at 2:00 p.m. this afternoon.

**IT IS SO ORDERED.**

Dated: February 12, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE