MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY S. LUSKEY (CABN 240915)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: randall.luskey@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00006 WHA |
| v. | NOTICE OF DISMISSAL |
| ERIC MENDONCA, | |
|     Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses without prejudice the above-captioned Indictment as to defendant Eric Mendonca only.

DATED: 4/3/13

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____
MIRANDA KANE (CABN 150630)
Chief, Criminal Division

NOTICE OF DISMISSAL
[CR 12-00006 WHA]

Leave is granted to the government to dismiss without prejudice the above-captioned Indictment as to Eric Mendoca only.

Date: April 3, 2013.

HON. WILLIAM ALSUP
United States District Judge