MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3697
   Fax: (510) 637-3724
   E-Mail: Brigid.Martin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 13-00006-1 WHA |
|---|---|
| v. | ) STIPULATED MOTION TO WITHDRAW<br>) DEFENDANT'S MOTION AND<br>) REQUEST TO SET CHANGE OF PLEA<br>) FOR APRIL 16, 2013 |
| TERRY JACKSEN,<br>    Defendant. | ) |

    The parties in the captioned matter have reached a plea agreement. As such, the parties hereby stipulate that the defendant Jacksen agrees to withdraw his Motion to Suppress Evidence Based on Unlawful Search and Seizure and Request for Franks Hearing (Dkt. 85).

    The plea agreement the parties will submit to the Court is a binding agreement under Federal Rule of Criminal Procedure 11(c)(1)(C), thus the parties agree that if their agreement is not accepted by the Court, the defendant will not be precluded from refiling this motion to suppress or any other pretrial motions.

    Finally, the parties have conferred and wish to place this matter on the Court's calendar, if it is convenient to the Court, on April 16, 2013 at 2:00 p.m., for a change of plea. The

government will submit for the Court's review a copy of the Plea Agreement no later than Tuesday, April 9, 2013, one week prior to the anticipated change of plea.

Respectfully submitted,

Date: April 4, 2013          /s/ Brigid S. Martin
                             Brigid S. Martin
                             Assistant United States Attorney

Date: April 4, 2013          /s/ Deborah Levine
                             Deborah Levine
                             Counsel for Terry Jacksen

STIP. MOT. TO WITHDRAW DEF. MOT. AND
REQUEST TO SET CHANGE OF PLEA
CR 13-00006-1 WHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TERRY JACKSEN,<br><br>Defendant. | No. CR 13-00006-1 WHA<br><br>[~~PROPOSED~~] ORDER VACATING DATES FOR PENDING MOTION AND SETTING CHANGE OF PLEA ON APRIL 16, 2013 |

Upon the stipulation of the parties, **IT IS HEREBY ORDERED** that the defendant Terry Jacksen's pending Motion to Suppress Evidence Based on Unlawful Search and Seizure and Request for Franks Hearing (Dkt. 85) is **WITHDRAWN** and the existing briefing schedule (Dkt. 125) is **VACATED**.

**IT IS FURTHER ORDERED** that this matter is set for change of plea hearing on April 16, 2013, at 2:00 p.m.

DATED: April 5, 2013.

_____
HON. WILLIAM ALSUP
United States District Court Judge

STIP. MOT. TO WITHDRAW DEF. MOT. AND
REQUEST TO SET CHANGE OF PLEA
CR 13-00006-1 WHA