ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES (Bar No. 155534)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Michael Puckett

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL PUCKETT,<br><br>　　　　Defendant | Case No.: CR 13-00006-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BAIL CONDITIONS** |

1  The parties hereby stipulate and move this Court to enter an order allowing
2  defendant Michael Puckett to attend the high school graduation of the daughter of his
3  significant other on the evening of June 3, 2013.  Currently, Mr. Puckett's release
4  conditions impose a curfew after 7 pm at night and before 7 am.  Docket 170.  The parties
5  request that his curfew for June 3, 2013,only be extended to 9 pm.

6  The parties have agreed to a plea agreement in principle in this case, and Mr.
7  Puckett is scheduled to change his plea on June 4, 2013.

Dated:                                             Respectfully Submitted,

RAMSEY & EHRLICH LLP

//s//

ISMAIL RAMSEY
ATTORNEY FOR MICHAEL PUCKETT

MELINDA L. HAAG
US ATTORNEY

//s//

RANDALL LUSKEY
ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated: May 30, 2013

_____
HON. LAUREL BEELER
US MAGISTRATE JUDGE