IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00006 WHA |
| Plaintiff, | |
| v. | **ORDER RESETTING HEARING DATE** |
| JACK POLLACK, | |
| Defendant. / | |

A motions hearing and evidentiary hearing on defendant's motions was set for July 2 and July 11, respectively. The parties have filed a stipulation to vacate the motions schedule and set a hearing date for entry of plea.

The motions schedule is **VACATED**. A status conference is hereby set for **JULY 30 AT 2:00 P.M.**, at which time defendant will either enter a guilty plea or a firm schedule and trial date will be set. The parties should be prepared to set a trial date soon, preferably in early August.

**IT IS SO ORDERED.**

Dated: July 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE