IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JACK POLLACK,

    Defendant.

No. CR 13-00006 WHA

**ORDER TO SHOW CAUSE RE GOVERNMENT RESPONSE**

An order dated October 22 (Dkt No. 243) requested that the government respond to defendant's motion to vacate his voluntary surrender date. The government's response was due on October 30. As no such response has been filed yet, the government is ordered to show cause by **NOON ON NOVEMBER 7** as to why defendant's motion should not be granted.

**IT IS SO ORDERED.**

Dated: October 31, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE